NUMBER 13-08-00098-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

HARROD'S PROPERTIES, INC. 

D/B/A HOLIDAY INN, LTD.,

 Appellant,


v.



HELDT ENTERPRISES, INC. D/B/A 

RAINBOW INTERNATIONAL CLEANING

AND RESTORATION, Appellee.

 ____________________________________________________________


On appeal from the 135th District Court 


of Victoria County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Benavides


Memorandum Opinion Per Curiam


 The appellant's brief in the above cause was due on March 20, 2008. On April 2,
2008, the Clerk of the Court notified appellant that the brief had not been timely filed and
that the appeal was subject to dismissal for want of prosecution under Texas Rule of
Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this
letter, appellant reasonably explained the failure and the appellee was not significantly
injured by the appellant's failure to timely file a brief. See Tex. R. App. P. 38.8(a)(1). 
Appellant failed to respond to this Court's notice.

 On March 25, 2008, the Clerk further informed appellant that it was delinquent in
remitting a $175.00 filing fee due in our Court for the filing of the notice of appeal on
February 19, 2008, and noted that it had previously been notified that this filing fee was
due. The Clerk notified appellant that the appeal would be dismissed if the filing fee was
not paid within ten days from the date of this notice. See id. 42.3(c). Appellant failed to
pay this fee. 

 Appellant has failed to either reasonably explain his failure to file a brief, file a
motion for extension of time to file his brief, or file his brief. Appellant has further failed to
pay required fees as directed by the Clerk of this Court. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 38.8(a), 42.3(b),(c). 


 PER CURIAM


Memorandum Opinion delivered and 

filed this the 3rd day of July, 2008.